UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CARLOS PAULINO, on behalf of himself and
others similarly situated,

        Plaintiff,

    v.

CALL-A-HEAD CORP. and
CHARLES HOWARD

        Defendants.

Case No.: 08-cv-~~032~~ 302

**STIPULATION OF DISMISSAL
PURSUANT TO FRCP 41(a)1(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff CARLOS

PAULINO, and Defendants, CALL-A-HEAD CORP. and CHARLES HOWARD their

respective attorneys, that the claims of Plaintiff are hereby dismissed with prejudice in their

entirety as against the Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),

without costs or attorneys' fees to any party.

By: _____
    Robert L. Kraselnik

    Law Offices of
    Robert L. Kraselnik, PLLC
    *Attorneys for Plaintiff*
    CARLOS PAULINO

    (212) 400-7160

By: _____
    Thomas C. Monaghan

    Law Office of
    Thomas C. Monaghan
    *Attorneys for Defendants*
    CALL-A-HEAD CORP and
    CHARLES HOWARD
    (718) 474-4955

Dated:  April 16, 2008
       New York, NY

238617949v1